MARIE McCAFFREY, Respondent, v. WILLIAM TEICH, Respondent, and FRED D. WILSON, Appellant.— Order denying motion of defendant Wilson to change

the place of trial from the county of Suffolk to the county of Delaware, but without prejudice to an application by said defendant, if so advised, for a change in the place of trial to either Queens county or Kings county, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.